NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**FILED**
CLERK, U.S. DISTRICT COURT
January 23, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | Case No.: 2:17-CV-06446-SJO-MRW |
| Plaintiff, | **ORDER** |
| v. | |
| MANSHOORY ESMS, LLC, a California Limited Liability Company; METRO GREEN MEDS, a California Corporation; and Does 1-10, | |
| Defendants. | |

## **ORDER**

The Court sets a continues the Mandatory Scheduling Conference and sets a Status Conference/OSC for Monday, April 9, 2018 @ 8:30 a.m. at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. Additionally, the parties shall file a joint status report by March 26, 2018. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: 1/23/18

*S. James Otero*

HONORABLE S. JAMES OTERO
United States District Court Judge

Order    -1-    2:17-CV-06446-SJO-MRW